**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC.,** | § § § § § | |
| **Plaintiff,** | § § | |
| v. | § | CASE NO. 4:18-CV-109-ALM-KPJ |
| **MERCURY METAL FORMING TECHNOLOGIES, LLC,** | § § § § § | |
| **Defendant.** | § § | |

**ORDER SETTING HEARING ON PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT**

Plaintiff Siemens Product Lifecycle Management Software Inc.'s ("Plaintiff") moved for a default judgment on May 1, 2018. *See* Dkt. 8. The Clerk made its Entry of Default on April 6, 2018. *See* Dkt. 7. Before the Court enters a default judgment in this case, Plaintiff must prove up its damages. Accordingly, the Court will conduct a hearing at which Plaintiff shall present evidence to support their damage claims.

**IT IS THEREFORE ORDERED** that that a hearing is set for **June 12, 2018, at 2:15 p.m.**, before the undersigned in Courtroom 108, 7940 Preston Road, Plano, Texas 75024. Plaintiff shall be prepared to present any necessary argument and evidence in support of the relief requested.

**IT IS SO ORDERED**.

SIGNED this 10th day of May, 2018.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE