# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC.,**<br><br>     **Plaintiff,**<br><br>v.<br><br>**MERCURY METAL FORMING TECHNOLOGIES, LLC,**<br><br>     **Defendant.** | § § § § § § § § § § | Civil Action No.: 4:18-cv-00109 |

## FINAL DEFAULT JUDGMENT

Pursuant to the Memorandum Adopting Report and Recommendation of United States Magistrate Judge filed in this matter this date, it is hereby,

**ORDERED, ADJUDGED, AND DECREED** that judgment by default is entered in favor of Plaintiff Siemens Product Lifecycle Management Software Inc. ("Plaintiff") and against Defendant Mercury Metal Forming Technologies, LLC ("Defendant"), as set forth below:

1. Total damages in the amount of $311,500.00, comprised of $161,500.00, for breach of contract and $150,000.00, for willful copyright infringement;

2. Attorneys' fees in the amount of $17,473.20, and costs in the amount of $1,121.78; and

3. Post-judgment interest at the federal rate, compounded annually, from the date of entry of the final default judgment until paid.  *See* 28 U.S.C. § 1961 (2000).

**IT IS SO ORDERED**.
**SIGNED** this 30th day of October, 2018.

---
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE